1  JERRY PERSKY
   California State Bar No. 96574
2  5657 Wilshire Boulevard, Suite 410
   Los Angeles, California 90036
3  Telephone No.  (323) 938-4000
   Facsimile No.    (323) 938-4068
4  E-mail address: jpersky48@aol.com

5  Attorney for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  MANUEL CLARO GUARDADO,      )   NO. 2:09-CV-09365 VBK
                                )
12              Plaintiff,      )   ORDER AWARDING EAJA
                                )   ATTORNEY FEES
13         v.                   )
                                )
14  MICHAEL J. ASTRUE   ,       )
    COMMISSIONER OF SOCIAL      )
15  SECURITY ADMINISTRATION,    )
                                )
16              Defendant.      )
    _____)

17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act (EAJA) Fees, IT IS ORDERED that plaintiff shall be awarded

20  attorney fees under the EAJA in the amount of two thousand six hundred fifty

21  dollars and no cents ($2,650.00), as authorized by 28 U.S.C. §2412(d), subject to

22  the terms of the above-referenced Stipulation.  Any payment shall be delivered to

23  plaintiff's counsel.

24

25  DATED:  December 8, 2010          _____/s/_____

26                                    UNITED STATES MAGISTRATE JUDGE

27

28

                                    1